**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

JOHNNY S. HOBBS,

      Petitioner,

v.                                                                    CIVIL ACTION NO. 5:24-cv-00579

W. HOLZAPFEL,

      Respondent.

## <u>ORDER</u>

Pending are (1) Petitioner Johnny S. Hobbs' Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. 1], filed October 15, 2024, and (2) Respondent Holzapfel's Motion to Dismiss [ECF 6], filed December 17, 2024. This action was previously referred to the Honorable Joseph K. Reeder, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Reeder filed his PF&R on April 8, 2026. Magistrate Judge Reeder recommended that the Court deny Mr. Hobbs' § 2241 Petition as moot given his release from custody, deny Respondent Holzapfel's Motion to Dismiss as moot, and remove this matter from the docket.

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-*

*Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on April 27, 2026. No objections were filed.[1]

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 8**], **DENIES AS MOOT** Mr. Hobbs' § 2241 Petition [**Doc. 1**], **DENIES AS MOOT** Respondent Holzapfel's Motion to Dismiss [**Doc. 6**], **REMOVES** this matter from the docket.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: May 5, 2026



Frank W. Volk
Chief United States District Judge

---

[1] On April 8, 2026, a copy of the PF&R was mailed to Mr. Hobbs at FCI Beckley but was returned as undeliverable on April 30, 2026. [Doc. 9]. At this writing, the Bureau of Prisons' Inmate Locator indicates Mr. Hobbs was released from custody on December 16, 2025. Inasmuch as Mr. Hobbs has failed to keep the Court apprised of his current address as required by *Local Rule of Civil Procedure* 83.5, this matter is ripe for adjudication.